# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 16-31009 jpg |
| | * | Chapter 13 |
| RONALD L. JOAN, II | | |
| KATHRYN E. JOAN | * | JUDGE JOHN P. GUSTAFSON |
| Chapter 13 Debtors | * | **NOTICE OF TRUSTEE'S INABILITY TO MAKE CONDUIT PAYMENT (COURT CLAIM 18)** |

The Standing Chapter 13 Trustee did not receive an amount of money sufficient to disburse the November 2017 conduit mortgage payment in the above captioned case to New Penn Financial LLC, dba Shellpoint Mortgage Servicing, Court Claim No. 18. The Trustee shall issue a Motion to Dismiss if the Plan is not brought current within thirty (30) days.

Further, the mortgage holder may proceed to seek appropriate remedies as allowed by the Bankruptcy Code and the Court.

Respectfully submitted,

/s/ Elizabeth A. Vaughan
Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan St., Suite 501
Toledo OH 43604

## CERTIFICATION

I certify that on November 17, 2017, a true and correct copy of the Notice of Trustee's Inability to Make Conduit Payment(s) was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Marc E. Dann, on behalf of Debtors, at mdann@dannlaw.com

    United States Trustee at ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Ronald L. Joan, II
    Kathryn E. Joan
    403 Center Drive
    Upper Sandusky, OH 43351
    Debtors

    New Penn Financial LLC
    d/b/a Shellpoint Mortgage Servicing
    P.O. Box 10675
    Greenville, SC 29603-0675
    On behalf of Mortgage Holder

                                        /s/ Elizabeth A. Vaughan_____
                                        Elizabeth A. Vaughan
                                        Standing Chapter 13 Trustee